IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JASON PARKS                                                            PLAINTIFF

V.                          NO.  3:08cv00094 JWC

MICHAEL J. ASTRUE,                                   DEFENDANT
Commissioner, Social
Security Administration

## JUDGMENT

Judgment is hereby entered in accordance with the Court's Memorandum Opinion and Order entered this date.  This case is hereby reversed and remanded for action consistent with the Court's opinion.  This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 20th day of August, 2009.

_____
UNITED STATES MAGISTRATE JUDGE